Henry H. Kim, Esq.
Nevada Bar No. 14390
COZEN O'CONNOR
1180 North Town Center Drive
Suite 260
Las Vegas, NV 89144
Telephone: 702-470-2333
Facsimile: 702-470-2360
Email: HenryKim@cozen.com

*Attorneys for Defendant The Bank of Missouri*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leshanda Proctor,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; The Bank of Missouri,<br><br>Defendants. | Case No.: 2:26-cv-01988-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT THE BANK OF MISSOURI TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Leshanda Proctor ("Plaintiff") and defendant The Bank of Missouri ("TBOM" and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for TBOM to respond to Plaintiff's complaint. TBOM was served on July 7, 2026 [Doc. No. 5]. TBOM's response to the complaint is currently due on July 28, 2026.

In good faith and not for the purposes of delay, TBOM requested an extension from Plaintiff and the Parties in good faith stipulate to allow additional time for TBOM to respond to Plaintiff's complaint. This is the first request for an extension of this deadline.

Good cause exists for providing the requested relief. TBOM seeks this extension because additional time is necessary to complete the investigation of Plaintiff's claims and properly respond to Plaintiff's Complaint. Furthermore, the requested extension will allow TBOM to

explore whether Plaintiff's claims are capable of being resolved without further litigation and costs, if appropriate. The purpose of this request is not to delay, hinder or prejudice Plaintiff in any way.

This stipulation was filed after the expiration of the applicable deadline as a result of excusable neglect. Upon receipt of the Court's order rejecting the stipulation filed on July 28, 2026, Defendant's counsel immediately sent a revised stipulation to Plaintiff's counsel for review and approval. Plaintiff's counsel reviewed and approved the revised stipulation on the morning of July 29, 2026, and the revised stipulation was filed promptly after receipt of Plaintiff's counsel's approval.

The Parties therefore stipulate that TBOM's response to Plaintiff's complaint shall be due on or before August 18, 2026. TBOM has not waived any objection to the venue or jurisdiction of the Court over the person of TBOM, or any other challenge to Plaintiff's complaint or other pleadings filed in this case.

Dated: July 29, 2026

**COZEN O'CONNOR**

By: */s/Henry H. Kim*
Henry H. Kim, Esq.
Nevada Bar No. 14390
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
*Attorneys for The Bank of Missouri*

**CONTEMPORARY LEGAL SOLUTIONS**

By: */s/Robert M. Tzall*
Robert M. Tzall, Esq.
2551 North Green Valley Parkway
Building C, Suite 303
Henderson, NV 89014
*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated: July 29, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge