GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 Pavillion Center Dr., Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LESHANDA PROCTOR,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and THE BANK OF MISSOURI<br><br>Defendants. | Case No.: 2:26-cv-01988-CDS-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 31, 2026, through and including **September 30, 2026**. The request was made by Equifax so that it can have an opportunity

///

///

///

///

///

///

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this August 28, 2026.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 Pavillion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

***No opposition***

By: /s/ Yaakov Saks_____
Yaakov Saks, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, New Jersey 07601
Tel: (201) 282-6500
Email: ysaks@steinsakslegal.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

**No further extensions of this deadline will be granted.**

_______________________________
United States Magistrate Judge

DATED: August 31, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this August 28, 2026, via CM/ECF, upon all counsel of record:

By: /s/ *Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 Pavillion Center Dr, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services, LLC*